HOWELL, KAREEM J.
_____
Name and Prisoner/Booking Number

CSP-SACRAMENTO
_____
Place of Confinement

P.O. BOX 290066
_____
Mailing Address

RePresa, CA 95671
_____
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED

May 26, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Imminent Danger / Threat)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWELL, KAREEM P-79828
_____
(Full Name of Plaintiff)
             Plaintiff,

v.

(1) Torries, Correctional officer
_____
(Full Name of Defendant)

(2) G. HERRERA, Correctional officer

(3) Elkers, Correctional officer

(4) D. PongYan, Correctional Captain
             Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

(5) Jeff Lynch (CSP-SAC. Warden),
(6) J. Bouldry, Correctional Lieutenant,
(7) J. Woods, Correctional sergeant.
             Defendant(s).

CASE NO. 2:22-cv-893-CKD (PC)
             (To be supplied by the Clerk)

- Jury Trial Demanded -

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CSP-SACRAMENTO

Revised 3/15/2016                    1

## B. DEFENDANTS

1. Name of first Defendant: _Torries_. The first Defendant is employed as:
_Correctional officer_ at _CSP-SACRAMENTO_.
          (Position and Title)                   (Institution)

2. Name of second Defendant: _C. Herrera_. The second Defendant is employed as:
_Correctional officer_ at _CSP. SACRAMENTO_.
          (Position and Title)                   (Institution)

3. Name of third Defendant: _R. Elhers_. The third Defendant is employed as:
_Correctional officer_ at _CSP. SACRAMENTO_.
          (Position and Title)                   (Institution)

4. Name of fourth Defendant: _D. PONGYAN_. The fourth Defendant is employed as:
_Correctional officer_ at _CSP. SACRAMENTO_.
          (Position and Title)                   (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? _APPRox. 70_. Describe the previous lawsuits:

Note: _Plaintiff herein cannot Answer this Question at this time due to Plaintiff not having the Previous Lawsuits and having to ordering them._

~~a. First prior lawsuit:~~
   ~~1. Parties:~~ _____ v. _____
   ~~2. Court and case number:~~ _____
   ~~3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)~~ _____
_____

~~b. Second prior lawsuit:~~
   ~~1. Parties:~~ _____ v. _____
   ~~2. Court and case number:~~ _____
   ~~3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)~~ _____
_____

~~c. Third prior lawsuit:~~
   ~~1. Parties:~~ _____ v. _____
   ~~2. Court and case number:~~ _____
   ~~3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)~~ _____
_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

— _That information will be Provided at a later date:_

B. DEFENDANTS. (Additional)

5. JEFF LYNCH. Warden. CSP-SACRAMENTO.

6. J. BOULDRY, Correctional Lieutenant. CSP-SACRAMENTO.

7. J. Woods, Correctional Sergeant. CSP-SACRAMENTO,

3

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _8th Amendment_

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - [ ] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [x] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   FACT#1. (Imminent Threat / imminent Danger) Exist.

   FACT#2. Plaintiff herein has Filed Several STAFF-Complaints On defendant (R. Elhers) and several STAFF Complaints On defendants (C. Herrera) + (Torries.)

   FACT#3. Plaintiff herein has Filed several Civil Complaints On CSP-SACRAMENTO Prison officials.

   FACT#4. As a direct result To The Filings of these Prior Complaints. Plaintiff Is currently being retaliated Against + Harassed with Threats of Violence + Danger to himself, and Toward his Program Treatment needs by the named defendants herein.

   FACT#5. On Thrusday, April 28. 2022 Plaintiff Arrived back To CSP-SACRAMENTO Against his own free immediately Defendants C. Herrera, Torries, Elher, J. Woods, J. Bouldry, D. Pongyan, Konrad, and Jeff Lynch illegally Join Together And initiated an illegal Plot + Threaten Plaintiff's sAFety and Program needs.

   FACT#6. On Friday, April 29. 2022 Plaintiff herein Filed a (sexual misconduct) complaint directly On defendant Torries. Defendant Torries supervisors defendants (J. Woods), (J. Bouldry) (D. Pongyan), and (J. Lynch) all Turned a blind-EYE To That complaint and failed to redress Plaintiffs Issues, Instead Plaintiff was Targeted by defend-

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Plaintiff has injuries To his right shoulder and Arm. Plaintiff has been Lable a Prison "snitch", And has suffered Psychologically. Plaintiff Is being Targeted To being FAlsely & maliciously charged with Crimes by dirty officers

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [x] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim I?  [x] Yes [ ] No
   c. Did you appeal your request for relief on Claim I to the highest level?  [ ] Yes [x] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _The Appeal system is being intentionally "obstructed" by defendants Plaintiff Appeals are being Faced down and completely ignored. The defendants have Joined Together illegally To Assail Plaintiff's efforts From being heard. They have render the Appeals system (ineffective)._

4

by defendant (Torries) and defendant (G. Herrera)

**Fact #7:** On May 3rd, 4th, 5th, and 6th of 2022 Plaintiff herein filed several "Staff Complaint" On These Two defendants, Emergency complaints seeking redress & immediate re-solution. Again, all complaints completely over looked.

**Fact #8:** On MAY 18. 2022 Defendant (R. Elhers) a correctional officer here at CSP-Sacramento used by prison officials to (retaliate) and (Harass) coleman class-members such as Plaintiff herein who speak out on prison abuse here at this facility, and against Plaintiff here the use of unnecessary use of force, and the threat there of.

**Fact #9:** Plaintiff herein has filed several "Emergency" staff complaints (On/Against) this defendant R. Elhers who represent a serious threat to Plaintiff safety. Yet, the named (prison officials), and defendants Jeff Lynch, J. Bouldry, J. Woods & D. Pongvan has failed to protect Plaintiff herein from the imminent threat by not re-dressing any of Plaintiff safety concerns & turning a blind-eye.

**Fact #10.** Defendant R. Elhers threaten to bring a gun from his residence on to prison state grounds and kill Plaintiff herein. On MAY 18. 2022 Plaintiff herein submitted a staff complaint, "Emergency" on defendants R. Elhers, C. Herrera, and Torries.

**Fact #11.** On MAY 19. 2022 defendants Torries & G. Herrera approach-ed the plaintiff living cell. (Intentionally / maliciously) attempting to stage and provoke violence.

**Fact #12.** Defendants Torries & Herrera stated that they were at Plaintiff living cell to conduct a escort, they claimed that a out-side investigator wanted to interview

5

The Plaintiff herein Concerning Complaints filed on/ against them.

FACT # 13. Plaintiff herein requested to know why were they attempting to conduct the escort On him Knowing that the Ongoing investigation was directly On them Two, defendants (Torres)+ (G. Herrera).

FACT # 14. Defendant G. HERRERA replied: "We are escorting you because your a Fucking Problem. and Ethers want To keep a ear to what's going on"

FACT # 15. Defendant G. HERRERA Than ordered Plaintiff to strip-out, To remove all of his clothing. Plaintiff complied with the orders and removed his Clothes.

FACT # 16. _IT shall BE so noted_: Plaintiff herein is A muslim who Practice islam. Plaintiff religion reavires that he not exit the living cell wearing only boxer briefs, plaintiff attempted to explain this to defendant G. Herrera who stated to the Plaintiff; "You can either come out inside your boxer's or refuse to do the interview." Plaintiff herein requested to speak to the living unit supervisor to which defendant (G. HERRERA) refused to honor the request. Instead Plaintiff stated he'll attend the investigation interview.

FACT # 17. As Plaintiff herein was being escorted by defendants' G. HERRERA & TORRES On MAY 19, 2022 defendant G. HERRERA was holding Plaintiff by his right Arm during the escort. Plaintiff was escorted Into B-section of B-7 housing Unit At which time defendant G. Herrera stopped the escort and allowed defendant (Torres) To Pick-up a metal detector that she used To sexually Assault the Plaintiff with.

6

Fact #18.  While checking the Plaintiff backside with the metal detector, defendant Torries struck the Plaintiff on the buttocks two times (intentionally).

Fact #19.  During/after the sexual battery occurred. The Plaintiff herein felt offended & violated.

Fact #20.  Plaintiff herein immediately asked defendant Torries why did she allow the metal detector to strike him in the buttocks, defendant Torries responded, "shut the fuck up, you're lucky I didn't stick it up your ass."

Fact #21.  Plaintiff herein immediately reported defendant (Torries) sexual misconduct to defendant G. Herrera stating: "Did you see that. She struck me on my butt two times with that metal detector."

Fact #22.  Defendant G. Herrera completely ignored. my verbal complaint. Instead he retaliated against me for reporting the sexual battery. First stating to me; "Since you're telling on my fucken partner you're not going to the interview." Than he, defendant (G. Herrera) without warning, forcefully pulled my right arm toward him turning my body completely around. my shoulder & my arm immediately started hurting

Fact #23.  Plaintiff herein heard a popping sound when defendant G. Herrera forcefully pulled on Plaintiff's right arm.

Fact #24.  Plaintiff herein informed defendant (G. Herrera) & (Torries) that he was injured and needed medical staff to treat his shoulder & arm. Defendant G. Herrera Replied; "There's nothing wrong with your fucken

7

Shoulder You Snitch."

Fact #25.  Plaintiff herein was escorted back to his Assigned living cell and (denied) medical care.

Fact #26.  Defendant (G. HERRERA), and Defendant (TORRIES) Knowingly Placed The Plaintiff inside his living cell with a Physical Injury. This malice act was To cause Plaintiff harm & motivated by evil intent.

Fact #27.  As defendant G. HERRERA was removing Plaintiff handcuffs from his wrist, he ... G. HERRER Intentionally started Twisting the handcuffs Force-Fully and intentionally cut Plaintiffs right wrist.

Fact #28.  Plaintiff Again Attempted to request medical Attention from These Two named defendants and was Once Again (denied).

Fact #29.  IT shall BE so noted: This is The 3rd Sexual Misconduct Plaintiff herein has filed On defendant (Torries) That her supervisor's, defendants J. Woods, J. Bouldry, D. Pongyan, and Jeff Lynch Turned a blind-EYE To.

Plaintiff herein Emergency Sexual misconduct & Sexual Harassment staff Complaints were all reviewed by defendant (TORRIES) supervisors J. Woods, J. Bouldry, D. Pongyan and Jeff Lynch and completely ignored, They Failed To Protect Plaintiff From this Female Sexual Predator correctional officer.

In Additional: Plaintiff herein has filed At lease Two sexual misconducts, and sexual Harassments On defendant G. HERRERA. and Several officer misconduct complaints that the supervisors/ defendants J. Woods, J. Bouldry, D. Pongyan, and Jeff Lynch has reviewed and Failed To redress both defendants were allowed to stay

8

Another Sexual, and Physical Assault upon this Plaintiff.

Fact #30.    On MAY 19. 2022 (After) defendants G. Herrera & Torries attack upon Plaintiff herein. Plaintiff became disturbed with mental anguish and started having thoughts of Suicide.

Fact #31.    Plaintiff herein reported To A Correctional officer that he needed to speak To mental health.

Fact #32.    Defendant (R. Elhers) approached Plaintiff living cell and stated directly To The Plaintiff; "We all stick Together here at this Prison. I Told you Once before when you Filed all those staff complaints On me. I'll bring my Gun and kill all you mother-Fucker and claim P.T.S.D. I'll Win. Everytime you File a complaint On Us we are going To Falsify 5 RVR's On you. We are A Team. all we do is Win. Win. Win. how many inmates do you Think I done been To court On, and lied On, and Got their ass alot of Time. over (10) buddy. We are ready For whatever you guys got. my supervisor's are going To back Us up To The Fullest."

Fact #33.    IT Shall BE So Noted: Everytime Plaintiff herein has submitted a staff complaint On defendant (G. Herrera) This defendant has openly Falsified A CDCR Rule violation report making A "False" claim That Plaintiff Threaten him, and/or disrespected him. And As (R. Elhers) has So Stated, custody supervisors back Them up by covering-up incidents, and/or Turning a blind-Eye To Their Conduct.

Fact #24.    Defendant R. Elhers sat directly infront of Plaintiff Living cell, and informed The Plaintiff that they Would

9

be Falsifying state documents to maliciously have Plaintiff herein falsely charged with a crime, Defendant (R. Elhers) openly admitted that he has been to court over (10) times and lied to have inmates convicted.

Fact #35.    On MAY 19, 2022 Defendant R. Elhers stated to Plaintiff herein. "You're dead. I'm going to Tell every-body that you're a Prison snitch. Me, Torries, and Herrera are going to set you up nigger to be killed, Just like We all had the Last Two inmates Fucken killed in this Block and in 8 Block. You're next."

Fact #36.    Plaintiff herein take the Threat seriously, and believe defendants named herein are a imminent threat and danger to Plaintiff safety and Program.

Fact #37    Plaintiff herein arrived at CSP-SACRAMENTO On April 28, 2022 and has received over (110) 115 rule violations reports Falsified by defendant G HERRERA and or Other Custody officers.

Fact #38    Plaintiff herein states, defendants (D. PONGYAN), (J. Bouldry), (J. Woods) & (JEFF Lynch) have indirectly Allowed defendants Torries. G. HERRERA, and R. Elhers intentionally stag violence, wrongfully Provoke inmates into Physically & verbally Assaulting them. Setting inmates such as the Plaintiff up to be Falsely charged with a crime. These named defendants has now lable Plaintiff herein a "snitch" to have him killed here at CSP-SACRAMENTO. Like The Last Two inmates.

FACT #39.   Inmates here at CSP-SACRAMENTO housed here in
B-7 Psychiatric Services Units have been legally
diagnosed with mental disorders and are Coleman
class action members, all being physically and psycho-
logically abused daily by defendant (G. HERRERA)
who prison officials has refused to discipline,
before plaintiff ~~arr~~ arrived back to CSP-SAC.
inmates have been echoing eachother's concern's
of being threatened with abuse and charged with
false RVRs. from this one named defendant
(G. Herrera).

FACT #40.   Plaintiff herein is prepared at this very moment
to have these mentally challenged inmates testify
in open court as to what they have so endured
here at CSP-SACramento from this one defendant
G. HERRERA who's now a serious threat, who's now
a "imminent threat" to the plaintiff herein safety
& program

"
"
"

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _8th Amendment_

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. _Please See Claim #1 supporting Facts. They are exactly The same As claim #2. The Defendant G. HERRERA Used UNNECESSARY Use OF FORCE And continue to stop violence._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _SAME AS Claim #1_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Same As Claim #1_

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _8th Amendment_

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Denied medical Treatment_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Please see Claim # 1. Supporting Facts_
   _They Are The Same As Claim # 3._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Same As Claim # 1 inJuries_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Same As Claim # 1. Appeals are being obstructed._

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

constitutional violation: 1st Amendment.

Claim #4. RETALIATION

- Please see Claim #1. The supporting facts
  are exactly The same as the supporting facts
  For Claim #4.

- Injuries Are The same As Claim #1.
- Appeal System Obstructed by defendants.

"
"
"

Claim #5. Constitutional Violation: 8th Amendment
Claim: Failure To Protect.
Please see claim #1. The supporting facts
Are exactly The same As The supporting facts
For Claim #5.

- Injuries Are The same As Well.
- Administrative remedies Are being obstructed
  "EMERGENCY APPEALS" Are being Faced down by
  The Defendants.

"
"
"

Claim #6. constitutional Violation 8th Amendment
Claim: Sexual Harassment / Sexual Misconduct
Please see Claim #1. The supporting facts Are exactly
the same As the supporting facts For Claim #6.

14

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff herein is in imminent Danger, A Treat To Plaintiff safety exist. Plaintiff seeks An immediate Preliminary & Permanent Injunction ordering all named Defendants To Cease Their illegal Actions described in the body of this 42 U.S.C. §1983 civil Action. Plaintiff herein seeks A 2nd immediate injunction ordering the Warden JEFF LYNCH To see To it that Plaintiff receive EMERGENCY medical Treatment For his shoulder and Arm injuries.

Plaintiff herein seeks $90,000.00 Dollars in compensatory & Punitive Damages To be Paid by each named Defendant Individually. Plaintiff seek any additional

I declare under penalty of perjury that the foregoing is true and correct. relief from the court.

Executed on ___5/19/2022___               _Hall. K-- J._
         DATE                    SIGNATURE OF PLAINTIFF

___N/A___

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

___N/A___

(Signature of attorney, if any)

___N/A___

(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

EMERGENCY; Imminent Threat / DANGER
Plaintiff herein seeks A Jury Trial, and
immediate Hearing to Assess the imminent
Threat / Danger in open court on the record.

//

//

//

16